FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 2 4 2017

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CRIMINAL NO. 17-2949 MV |
| vs. | Count 1: 18 U.S.C 1513(a)(1)(B): Obstruction of Justice by Retaliating Against a Witness, Victim or Informant; |
| **DASHAWN ROBERTSON,** | |
| Defendant. | Count 2: 18 U.S.C. § 924(c): Using, Carrying, and Discharging a Firearm During and in Relation to a Crime of Violence, and Possessing and Discharging a Firearm in Furtherance of Such Crime; |
| | Count 3: 18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition. |

## INDICTMENT

The Grand Jury charges:

### Count 1

On or about September 12, 2017, in Bernalillo County, in the District of New Mexico, the defendant, **DASHAWN ROBERTSON**, did attempt to kill D.S. with the intent to retaliate against D.S. for providing to a law enforcement officers information relating to the commission of Federal offenses.

In violation 18 U.S.C. § 1513(a)(1)(B).

### Count 2

On or about September 12, 2017, in Bernalillo County, in the District of New Mexico, the defendant, **DASHAWN ROBERTSON**, during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, specifically, obstruction

of justice by retaliating against a witness, victim or informant as charged in Count 1 of this indictment, knowingly used, carried, and discharged a firearm, and in furtherance of such crime, possessed and discharged said firearm.

In violation of 18 U.S.C. § 924(c).

### Count 3

On or about September 12, 2017, in Bernalillo County, in the District of New Mexico, the defendant, **DASHAWN ROBERTSON,** having been convicted of at least one of the following felony crimes punishable by imprisonment for a term exceeding one year:

(1) possession of a controlled substance (two counts),

(2) trafficking of a controlled substance (possession with intent to distribute), and

(3) trafficking of a controlled substance (by manufacture),

knowingly possessed, in and affecting commerce, a firearm and ammunition.

In violation of 18 U.S.C. § 922(g)(1).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

10/23/2017 12:25 PM