FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 1 1 2020

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CRIMINAL NO. 17-2949-MV |
| vs. | Count 1: 18 U.S.C 1513(a)(1)(B): Obstruction of Justice by Retaliating Against a Witness, Victim or Informant; |
| **DASHAWN ROBERTSON,** | |
| Defendant. | Count 2: 18 U.S.C. § 924(c): Possessing and Discharging a Firearm in Furtherance of a Crime of Violence; |
| | Count 3: 18 U.S.C. §§ 922(g)(1) and 924: Felon in Possession of a Firearm and Ammunition. |

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### Count 1

On or about September 12, 2017, in Bernalillo County, in the District of New Mexico, the defendant, **DASHAWN ROBERTSON**, did attempt to kill D.S. with the intent to retaliate against D.S. for providing to a law enforcement officer information relating to the commission of a Federal offense.

In violation 18 U.S.C. § 1513(a)(1)(B).

### Count 2

On or about September 12, 2017, in Bernalillo County, in the District of New Mexico, the defendant, **DASHAWN ROBERTSON**, in furtherance of a crime of violence for which the defendant may be prosecuted in a court of the United States, specifically, obstruction of justice

by retaliating against a witness, victim or informant with violence as charged in Count 1 of this indictment, knowingly possessed and discharged a firearm.

In violation of 18 U.S.C. § 924(c).

## Count 3

On or about September 12, 2017, in Bernalillo County, in the District of New Mexico, the defendant, **DASHAWN ROBERTSON**, knowing that he had been convicted of at least one felony crime punishable by imprisonment for a term exceeding one year, specifically:

(1) possession of a controlled substance (two counts),

(2) trafficking of a controlled substance (possession with intent to distribute), and

(3) trafficking of a controlled substance (by manufacture),

knowingly possessed a firearm and ammunition in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

Tuesday, February 11, 2020