IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                                    No. CR 17-2949-MV

DASHAWN ROBERTSON,

       Defendant.

## NOTE FROM JURY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

USA v. Dashawn Robertson

NO. CR 17-2949-MV

DATE: 5/27/21

TIME: 11:50A

QUESTION: WHAT IS THE LEGAL DEFINITION OF RETALIATION AS IT RELATES TO THE CHARGES AGAINST DASHAWN ROBERTSON?

RESPONSE: All of the special definitions you need are included in your instructions.

MARTHA VAZQUEZ
UNITED STATES DISTRICT JUDGE

**APPROVED BY**:
Paul Mysliwiec, Esq.
Eva Fontanez, Esq.
Sarah Gorman, Esq.
Ryan Villa, Esq.